**Opinion issued July17, 2025**



In The

# Court of Appeals

For The

# First District of Texas

_____

**NO. 01-25-00503-CV**

_____

**IN RE RONALD DWAYNE WHITFIELD, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator, Ronald Dwayne Whitfield, is a vexatious litigant subject to a prefiling order. *See* TEX. CIV. PRAC. & REM. CODE § 11.101(a). Whitfield requested permission from the local administrative judge of Harris County, Texas, to hold a hearing in trial court cause number 2017-02559J, among other things. On June 23, 2025, the local administrative judge denied Whitfield's request. On July 7, 2025,

Whitfield filed a petition for writ of mandamus with this Court challenging the administrative court's orders denying his request. *See id.* § 11.102(f).

We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Dokupil.